UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PARK VISTA ASSOCIATES LLC,<br><br>Defendant. | CASE NO. 2:25-cv-01334-JHC<br><br>ORDER TO SHOW CAUSE |

The Court has reviewed Plaintiff AmGUARD Insurance Company's Amended Complaint, Dkt. # 4, and concludes that it does not establish subject matter jurisdiction over this action. Plaintiff asserts that the Court's jurisdiction is based on diversity of citizenship, 28 U.S.C. § 1332(a)(1). *Id.* at 3. For purposes of assessing diversity jurisdiction, a court must consider the domicile of all members of a limited liability company. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Plaintiff does not identify the members of Defendant Park Visa Associates LLC or their domiciles.

Thus, the Court orders Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. If Plaintiff fails to provide the court with the information described above within seven days of this Order, the case will be dismissed without prejudice.

ORDER TO SHOW CAUSE - 1

Dated this 18th day of July, 2025.

*John H. Chun*
―――――――――――――
John H. Chun
United States District Judge

ORDER TO SHOW CAUSE - 2