UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMGUARD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PARK VISTA ASSOCIATES LLC,<br><br>Defendant. | CASE NO. 2:25-cv-01334-JHC<br><br>ORDER RE: PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE |

This matter comes before the Court on its Order to Show Cause. Dkt. # 6. The Court concludes that Plaintiff has made an adequate showing of diversity jurisdiction at this stage and thus discharges its Order to Show Cause. *See* Dkt. # 7. The Court also GRANTS Plaintiff's request to file a second amended complaint. *See id.* at 4–5.

Dated this 24th day of July, 2025.

John H. Chun
United States District Judge

ORDER RE: PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE - 1