THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMGUARD INSURANCE COMPANY, | Case No. 2:25-cv-01334 |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| PARK VISTA ASSOCIATES, LLC, | |
| Defendant. | |

Pursuant to the stipulated motion at Dkt. # 23, this matter is hereby dismissed with prejudice and without an award of costs to either party.

DATED this 7th of April, 2026.

John H. Chun
United States District Judge

ORDER OF DISMISSAL - 1
(Case No. 2:25-cv-01334)